**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| K. A. R. FORMERLY K. A. L., | : No. 33 WAL 2015 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| T. G. L., | : |
| | : |
| Respondent | : |

**ORDER**


**PER CURIAM**

AND NOW, this 12th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.